147 So. 682

## O. B. FINKLEA v. D. S. GARRICK.

### 1 Div. 774.

Supreme Court of Alabama.
April 6, 1933.

Adams & Gillmore, of Grove Hill, for petitioner.

Tucker & Mabry, of Grove Hill, opposed.

See, also, Finklea v. Garrick, ante, p. 159, 147 So. 680.

PER CURIAM.

Petition of D. S. Garrick for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Finklea v. Garrick, 147 So. 677.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.